**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| DELEXSTINE KENDRICKS,<br><br>            Plaintiff,<br><br>     v.<br><br>COLLECT ACCESS, LLC; ZEE LAW GROUP, P.C.,<br><br>            Defendants. | Case № 5:19-cv-01134-ODW (SHKx)<br><br>**JUDGMENT** |

# JUDGMENT

In light of the Court's Order, (ECF No. 52), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that**:**

1. Judgment is in favor of Defendants on all of Plaintiff's claims;
2. All dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 27, 2021

_____
            **OTIS D. WRIGHT, II**
       **UNITED STATES DISTRICT JUDGE**